FILED
CLERK, U.S. DISTRICT COURT
APR 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JULIAN TORRES, ) | |
| ) Petitioner, ) | No. CV 00-10388 RGK (AJW) |
| ) v. ) | ORDER ADOPTING REPORT AND |
| ) LARRY SMALL, WARDEN, ) | RECOMMENDATION OF MAGISTRATE JUDGE |
| ) Respondents. ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de novo</u> determination of the portions to which objections were directed.

DATED: April 21, 2008

_____
Audrey B. Collins
United States District Judge