FILED
CLERK, U.S. DISTRICT COURT
APR 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JULIAN TORRES, | ) Case No. CV 00-10388-RGK(AJW) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LARRY SMALL, Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is granted, and respondent is directed to release petitioner from custody unless the State of California commences a new trial within sixty (60) days from the date of entry of judgment.

Dated: _April 21, 2008_

_____
Audrey B. Collins
United States District Judge